UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| v. | * CR. No. 00-0105 (PLF) |
| | * |
| BYRON MCDADE, | * |
| Petitioner | * |

## MOTION TO AMEND MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE

Comes, now Petitioner, Byron L. McDade, by and through his counsel, Antoini M. Jones, and respectfully moves this Honorable Court, to Amend Motion to Vacate, Set Aside or Correct Sentence in the instant case. As for grounds for this Motion, Petitioner states as follows:

1. That the Petitioner filed the original Motion on March 7, 2005 in this case.

2. That upon review Petitioner noticed that a portion of the Motion was omitted.

3. That Petitioner has now included that portion in the Motion.

4. That the Government has yet to respond to the original Motion to Vacate, Set Aside or Correct Sentence.

5. That the undersigned has contacted Assistant United States Attorney, Janice Traver. Ms. Traver takes no position on the filing of this Motion.

6. That this request will not prejudice the Government's case.

WHEREFORE, these premises considered, the Petitioner request:

A. That the Motion to Amend Motion to Vacate, Set Aside or Correct Sentence be granted.

B. And for such other and further relief as the nature of this cause may require.

Respectfully submitted,

*[signature]*

**Antoini M. Jones**
6811 Kenilworth Avenue
Suite 210
Riverdale, Maryland 20737
(301)277-0770

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 7th day of April 2005, copies of the foregoing Motion to Amend Motion to Vacate, Set Aside or Correct Sentence was mailed postage pre-paid to Janice Traver, Esquire 555 Fourth Street, NW, 10th Floor, Washington, DC 20530.

*[signature]*

**Antoini M. Jones**