UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 00-0105 (PLF) |
| BYRON MCDADE, ) | |
| Defendant. ) | |
| ) | |

## CLARIFICATION OF GOVERNMENT'S POSITION REGARDING DEFENDANT'S MOTION TO AMEND MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully clarifies the government's position concerning defendant's Motion to Amend Motion to Vacate, Set Aside or Correct Sentence ("Motion to Amend"), filed on April 8, 2005, and re-filed on April 11, 2005, and reserves its right to object to the motion to amend.

In his motion, defendant states that the undersigned Assistant United States Attorney "takes no position on the filing of this Motion." Motion to Amend at ¶ 5. Indeed, government counsel informed counsel for the defendant that the government could not state what its position would be with regard to defendant's motion to amend until it had an opportunity to review defendant's original post-conviction motion and the proposed motion containing the new claims. Defense counsel was already prepared to file the motion to amend, and because the government did not want to cause defendant any unnecessary delay (since it could not state its position before reviewing the claims that defendant wished to add), government counsel told defense counsel to not delay in filing the motion, and that the government would decide how to proceed after it had

an opportunity to review the motions and relevant files.

With this clarification, the government hereby reserves its right to object to defendant's Motion to Amend Motion to Vacate, Set Aside or Correct Sentence.

                        Respectfully submitted,

                        KENNETH L. WAINSTEIN
                        United States Attorney

                        _____
                        ROBERT D. OKUN, D.C. Bar #457-078
                        Chief, Special Proceedings Section

                        _____
                        JANICE TRAVER
                        Assistant United States Attorney
                        555 Fourth Street, N.W.
                        Special Proceedings Section / 10th Floor
                        Washington, D.C.  20530
                        (202) 305-4882

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that a copy of the foregoing clarification has been served via the United States District Court for the District of Columbia's Electronic Case Filing program and by first-class mail, postage pre-paid, upon counsel for defendant, Antoini M. Jones, 6811 Kenilworth Avenue, Suite 210, Riverdale, MD 20737, on this 11th day of April, 2005.

_____
Janice Traver
Assistant United States Attorney