UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 00-0105 (PLF) |
| | : | |
| **BYRON MCDADE** | : | |

## JOINT REPORT AND PROPOSED SCHEDULE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant, Byron McDade, by and through his attorney, Antoini M. Jones, Esquire, hereby advise the Court that counsel have conferred regarding the scheduling of an evidentiary hearing in the matter. Mr. Jones has indicated to the undersigned that he may file this Joint Report and Proposed Schedule on his behalf.

The parties advise the Court that counsel for the government and counsel for defendant are available on July 31, 2007, August 1, 2007, August 2, 2007, and August 3, 2007. The government's anticipated witness, Larry A. Nathans, Esquire, has indicated that July 31, 2007 is preferable for him.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____/S/_____
T. ANTHONY QUINN
D.C. Bar No. 415-213
Assistant United States Attorney
555 Fourth Street, NW
Special Proceedings Division, Room 10-909
Washington, D.C.  20530
(202) 514-6807

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a copy of the foregoing to be electronically transmitted and to be served by first-class mail on counsel for defendant, ANTOINI M. JONES, ESQUIRE, 6811 Kenilworth Avenue, Suite 210, Riverdale, MD 20737, on this 18th day of May, 2007.

                                                           _____/S/_____
                                                           T. ANTHONY QUINN
                                                           Assistant United States Attorney