**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIM.NO. 00-105 (PLF)** |
| | * | |
| **BYRON MCDADE** | * | |

**DEFENDANT'S OPPOSITION TO THE UNITEDSTATES' MOTION**
**FOR AN ORDER FINDING WAIVER OF ATTRONEY-CLIENT**
**PRIVILEGE WITH RESPECT TO THE CLAIMS OF INEFFECTIVE**
**ASSISTANCE OF COUNSEL RAISED IN DEFENDANT'S AMENDED**
**MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE**
**PURSUANT TO 28 U. S.C. § 2255**

Comes now the Defendant, Byron McDade, by and through his attorney, Antoini M. Jones, and responds in opposition to the Government's Motion for an Order finding waiver of attorney-client privilege with respect to the claims of ineffective assistance of counsel raised in defendant's amended motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255 and states as follows:

(A)     Defendant's amended motion to vacate, set aside or correct sentence with respect to ineffective assistance of counsel is narrowly fashioned only questioning counsel's failure to investigate witnesses whose names were given to him.

(B)     The Defendant concedes that by filing the motion pursuant to 28 U.S.C. § 2255 that court's have ruled that the Defendant has waived his attorney-client privilege with respect to the issues raised in Defendant's petition; however, the Defendant does not waive or intend to waive his complete attorney-client privilege with respect to any and all issues not raised in his petition.

(C)     That any broader waiver of the attorney-client privilege would have a

chilling effect on the filing of motions pursuant to 28 U.S.C. § 2255 and/

or candid and complete disclosures with attorneys; thereby, minimizing

fruitful and positive representation.


WHEREFORE, the foregoing premises considered, it is prayed that the court limit

any waiver of attorney-client privilege to counsel's failure to investigate witnesses whose

names were given to him by the Defendant.


Respectfully submitted,

_____
Antoini M. Jones
D.C. Bar No. 428159
6811 Kenilworth Avenue
Suite 210
Riverdale, Maryland 20737
(301)277-0770

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing to be served by electronic transmission via the United States District Court's Electronic Case Filing system on counsel for the Government, T. Anthony Quinn, Esquire, on this 3rd day of July 2007.

_____
Antoini M. Jones