**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUL - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **CRIM. NO. 00-0105 (PLF)** |
| | : | |
| BYRON MCDADE | : | |

## ORDER

This matter is before the Court on the motion of the United States for an Order Finding Waiver of Attorney-Client Privilege with Respect to the Claims of Ineffective Assistance of Counsel Raised in Defendant's Amended Motion to Vacate, Set Aside or Correct Sentence, Pursuant to 28 U.S.C. § 2255 *and the opposition thereto*

*— the ___ ___*

Upon consideration of the United State's Motion, and the entire record herein, and for good cause shown, it is hereby

ORDERED that the United States Motion for an Order Finding Waiver of Attorney-Client Privilege with Respect to the Claims of Ineffective Assistance of Counsel Raised in Defendant's Amended Motion to Vacate, Set Aside or Correct Sentence, Pursuant to 28 U.S.C. § 2255 is GRANTED; and it is

FURTHER ORDERED that Defendant has waived the attorney-client privilege in relation to the claims of ineffective assistance of counsel he has raised in his Amended Motion to Vacate, Set Aside or Correct a Sentence, pursuant to 28 U.S.C. § 2255, regarding his former trial attorneys, Larry Allen Nathans, Esquire, and Robert Biddle, Esquire; and it is

FURTHER ORDERED that both Mr. Nathans and Mr. Biddle are permitted to discuss their

representation of Defendant with the government to disclose to the government any documents in

their possession that relate to Defendant's post-conviction claims; and to testify at the evidentiary

hearing, with respect to their representation of Defendant in this case.

SO ORDERED.


PAUL L. FRIEDMAN
United States District Judge

DATE:

-2-