UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 00-0105 (PLF) Civil Action No. 05-0555 |
| BYRON MCDADE, | ) ) | |
| Defendant. | ) ) | |

ORDER

This matter is before the Court following an evidentiary hearing on defendant Byron McDade's amended motion to vacate, set aside or correct his sentence, pursuant to 28 U.S.C. § 2255. For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendant's motion to vacate, set aside or correct his sentence [334] is DENIED and Civil Action No. 05-0555 is DISMISSED. This is a final appealable Order. See Rule 4(a), Fed. R. App. P.; it is

FURTHER ORDERED that the Clerk of the Court shall send a copy of the Opinion to the Director of the Bureau of Prisons; and it is

FURTHER ORDERED that the Clerk of the Court shall send a copy of the Opinion to the Office of the Pardon Attorney at the Department of Justice.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: August 5, 2009