UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**FILED**
SEP 1 6 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
SEP 1 1 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copies to: Judge
AUSA - Special Proceedings
Dft.

Byron McDade,
   Petitioner

   v

United States of America,
   Respondant

Crim. No. 00-105 (PLF)
Civil No. 05-0555

Let this be
filed
PLF 9/16/09

### NOTICE OF APPEAL

TO THE HONORABLE COURT:

   HERE COMES, now, the Petitioner Byron McDade, (hereinafter "McDade"), to very respectfully ask for the following;

   This is a Notice of Appeal from a final judgment entered by this Court in Civil Case No. 05-0555.

   Upon information and belief, this Honorable Court entered an order denying Petitioner's Motion filed pursuant to 28 U.S.C. § 2255 Petition on August 5, 2009.

   The Petitioner became aware of the Judgment on September 3, 2009. The Petitioner was not informed by the Court nor his attorney of record Antion Jones, 6811 Kenilworth Avenue, Suite 210, Riverdale, MD 20737 about the judgment, even though Petitioner is an interested party in the litigation.

McDade v United States
Notice of Appeal
Page 2

The Petitioner is asking this Honorable Court an extension of time to submit his Certificate of Appealibility with this Court. In view that he was unaware that a judgment was entered against him on August 5, 2009 denying him his 28 U.S.C. § 2255 Motion.

Wherefore, based on all the aforementioned reasons this Motion should be considered a timely Filing of Notice of Appeal, and a request of 30 days to file the Certificate of Appealibility.

Respectfully submitted, in Loretto, Pennsylvania, on this the 4th day of September, 2009.

Byron McDade
Reg No 23830-016
Federal Correctional Institution
P.O. Box 1000
Loretto, PA  15940-1000

CERTIFICATE OF SERVICE

I certify that on ___9-4-2009___, I mailed a copy of the enclosed legal documents via first class mail to the following parties **at the addresses listed below:**

        United States District Court
        The District of Columbia
        Chambers of Judge Paul L. Friedman
        333 Constitution Avenue, NW
        Washington, DC  20001

I certify that this document was given to prison officials on ___9-4-2009___, for forwarding to the Court. I certify under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. §1746.

_[signature]_
Signature

Dated: ___9-4-2009___